# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **CHERYL HUNTER and CHUN HUNTER,**<br>　　　　　　　　　　　　　　**Plaintiffs,**<br>　vs.<br>**FOCUS RECEIVABLES MANAGEMENT, INC.**<br>**and DOES 1 to 100,**<br>　　　　　　　　　　　　　　**Defendants.** | Civil Action<br><br>Case No. 06-2021-JWL |

## ORDER

This matter comes before the Court for consideration of Plaintiffs' Motion to Substitute Parties (doc. 3) and Motion to Amend Complaint (doc. 4). In support of their motions, Plaintiffs state that in attempting service it has come to their counsel's attention that Defendant Focus Receivables Management, Inc. is an LLC and that it would be appropriate to amend the Complaint to accurately designate the name of the Defendant as Focus Receivables Management, LLC.

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion to Substitute Parties (doc. 3) and Motion to Amend Complaint (doc. 4) are granted. Pursuant to D. Kan. Rule 15.1, Plaintiffs shall electronically file and serve their First Amended Complaint within ten (10) days of the date of this Order. Plaintiffs' counsel shall contact the Clerk's office prior to filing the Amended Complaint and for instructions for issuance of an alias summons.

Dated in Kansas City, Kansas, this 2nd day of May, 2006.

　　　　　　　　　　　　　　　　　　　　　　　s/ Gerald L. Rushfelt
　　　　　　　　　　　　　　　　　　　　　　　**GERALD L. RUSHFELT**
　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge